**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KANE BROLIN<br><br>                    Plaintiff,<br><br>        v.<br><br>FIN & FEATHER, INC.,<br><br>                    Defendant. | Civil Action No. 3:25-cv-00369 |

## NOTICE OF SETTLEMENT

Plaintiff Kane Brolin hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Fin & Feather, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: August 19, 2025

Respectfully Submitted,

 /s/  Benjamin J. Sweet
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Phone: (412) 857-5350

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 19th day of August, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet