UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KANE BROLIN,

    Plaintiff,

    v.                                Case No. 3:25-CV-369-CCB-SJF

FIN & FEATHER, INC.,

    Defendant.

## <u>ORDER</u>

Pursuant to the Stipulation to Dismiss (ECF 20) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs and attorneys' fees. The Clerk is **DIRECTED** to close this case.

SO ORDERED on September 11, 2025.

                                      /s/*Cristal C. Brisco*
                                    CRISTAL C. BRISCO, JUDGE
                                    UNITED STATES DISTRICT COURT